IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAT AND DOGMA, LLC,<br>       PLAINTIFF, | §<br>§<br>§ |
| V. | § CAUSE NO. 1:19-CV-1002-LY |
| TARGET CORPORATION,<br>       DEFENDANT. | §<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice against Defendant Target Corporation. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Target Corporation is awarded its costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _23rd_ day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE