IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAT AND DOGMA LLC,<br>    PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | CAUSE NO. 1:19-cv-1002-LY |
| TARGET CORPORATION,<br>    DEFENDANT. | §<br>§<br>§ | |

## FINAL JUDGMENT

On December 12, 2022, the court called the above-referenced cause for jury selection and trial. Plaintiff Cat and Dogma, LLC ("Cat and Dogma") appeared through its authorized representative and through counsel. Defendant Target Corporation ("Target") appeared through its authorized representative and through counsel. After the parties announced ready, the court empaneled a jury of eight legally qualified jurors. The court dismissed one of the eight jurors on December 13, 2022, leaving seven jurors to hear the remainder of the case. The case was submitted to the jury on December 15, 2022.

On December 16, 2022, the jury returned a verdict in favor of Cat and Dogma, finding that Target infringed two of Cat and Dogma's copyrighted designs of children's garments bearing registration numbers VA 2-172-249 and VA 2-177-819 (the "Designs"). The jury also found that Cat and Dogma proved gross revenue attributable to Target's infringement of the Designs in the amount of $1,000,000.00. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is rendered in favor of Cat and Dogma and against Target on the copyright-infringement claim.

**IT IS FURTHER ORDERED** that Target is **ENJOINED** from copying, distributing, and displaying the Designs without a license or other consent from Cat and Dogma.

**IT IS FURTHER ORDERED** that Cat and Dogma shall recover from Target damages in the sum of $1,000,000.00. *See* 17 U.S.C. § 504(b).

**IT IS FURTHER ORDERED** that Cat and Dogma shall recover from Target prejudgment interest accruing from October 15, 2019 (the date that Cat and Dogma filed the original complaint), to December 26, 2022 (the day before rendition of this final judgment), on the amount of $1,000,000.00, at a rate of 5%, calculated as simple interest, resulting in a total prejudgment-interest award of $160,000.00. *See Powell v. Penhollow*, 260 F. App'x 683, 691 (5th Cir. 2007) (courts may "determine whether an award of prejudgment interest is appropriate" for claims under Copyright Act); *R A Guthrie Co., Inc. v. Boparai*, No. 4:18-CV-080-ALM-KPJ, 2021 WL 1148957, at *19 (E.D. Tex. Mar. 1, 2021) (collecting cases awarding 5% prejudgment interest on judgments under Copyright Act).

**IT IS FURTHER ORDERED** that Cat and Dogma shall recover from Target all costs of court.

**IT IS FURTHER ORDERED** that Cat and Dogma shall recover from Target postjudgment interest on all of the above at a rate of 4.66%, beginning from the date this final judgment is entered until the date of payment and shall be compounded annually. 28 U.S.C. § 1961(a)–(b).

Any request for attorney's fees shall follow the procedures set forth in the Federal Rules of Civil Procedure and the Local Rules of the United States District for the Western District of Texas. *See* 28 U.S.C. § 1920; FED. R. CIV. P. 54; Loc. R. W.D. Tex. CV-54.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this \_\_\_27th\_\_\_ day of December, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE