```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TEXAS
 2                          AUSTIN DIVISION

 3  CAT AND DOGMA, LLC,                  ) AU:19-CV-01002-LY
                                         )
 4     Plaintiff,                        )
                                         )
 5  v.                                   ) AUSTIN, TEXAS
                                         )
 6  TARGET CORPORATION,                  )
                                         )
 7     Defendant.                        ) DECEMBER 16, 2022

 8            *******************************************
                       TRANSCRIPT OF JURY TRIAL
 9                            VOLUME 5
                  BEFORE THE HONORABLE LEE YEAKEL
10            *******************************************

11  FOR THE PLAINTIFF:    CRAIG B. SANDERS
                          JAMES H. FREEMAN
12                        SANDERS LAW GROUP
                          333 EARLE OVINGTON BOULEVARD, SUITE 402
13                        UNIONDALE, NEW YORK 11553

14  FOR THE DEFENDANT:    ANDREW J. BROADAWAY
                          CORNELL SMITH MIERL AND BRUTOCAO
15                        1607 WEST AVE
                          AUSTIN, TEXAS 78701
16
                          DAVID F. GOMEZ, KIRSTEN L. ELFSTRAND,
17                        LAUREN M.W. STEINHAEUSER
                          FAEGRE DRINKER BIDDLE & REATH LLP
18                        2200 WELLS FARGO CENTER, 90 S. 7TH STREET
                          MINNEAPOLIS, MINNESOTA 55402
19
                          DAVID J.F. GROSS
20                        FAEGRE DRINKER BIDDLE & REATH LLP
                          1950 UNIVERSITY AVENUE, SUITE 450
21                        EAST PALO ALTO, CALIFORNIA 94303

22  COURT REPORTER:       ARLINDA RODRIGUEZ, CSR
                          501 WEST 5TH STREET, SUITE 4152
23                        AUSTIN, TEXAS 78701
                          (512) 391-8791
24
    Proceedings recorded by computerized stenography, transcript
25  produced by computer.
```

```
13:23:10   1        (Open court, no jury)
13:23:10   2              THE COURT:  Please be seated, ladies and gentlemen.
13:23:10   3   I've received Juror Note Number 4 that says we have reached our
13:23:17   4   verdict.  Is there anything we need to take up before the jury
13:23:19   5   returns their verdict.
13:23:20   6              MR. GROSS:  No, Your Honor.
13:23:21   7              MR. SANDERS:  No, Your Honor.
13:23:22   8              THE COURT:  All right.  Ms. Oakes, you may file mark
13:23:35   9   and file that, and you may bring in the jury.
13:23:59  10        (Open court, jury present)
13:23:59  11              THE COURT:  Ladies and gentlemen, speaking through
13:24:00  12   your presiding juror, have you reached a verdict in this case?
13:24:03  13              PRESIDING JUROR:  Yes, sir.
13:24:04  14              THE COURT:  All right.  Would you please pass it to
13:24:06  15   the court security officer, who will bring it to me.
13:24:25  16              PRESIDING JUROR:  (Complies).
13:24:25  17              THE COURT:  All right.  If you-all will look on your
13:24:28  18   form of the verdict form, I'm not going to read the questions,
13:24:32  19   I'm just going to read the answers.  And to the jury:  Listen
13:24:37  20   carefully to the answers, because when I have read them, I'm
13:24:41  21   going to ask you if it is your verdict and your individual
13:24:44  22   verdicts.
13:24:46  23              Question Number 1:  No.
13:24:48  24              Question Number 2:  Yes.
13:24:51  25              Question Number 3:  Yes.
```

```
13:24:54   1              Question Number 4:  $1 million.
13:24:58   2              Ladies and gentlemen of the jury, is that your
13:24:59   3   verdict?
13:25:00   4         (Jury answers in the affirmative).
13:25:00   5              THE COURT:  And I'm going to go down the line and ask
13:25:03   6   you if it's your individual verdict.
13:25:07   7              Juror Number 1, Ms. Christiansen?
13:25:11   8              JUROR CHRISTIANSEN:  Yes, Your Honor.
13:25:12   9              THE COURT:  Juror Number 2, Mr. Sanders?
13:25:14  10              JUROR SANDERS:  Yes, Your Honor.
13:25:15  11              THE COURT:  Juror Number 3, Ms. Schneider?
13:25:17  12              JUROR SCHNEIDER:  Yes, Your Honor.
13:25:18  13              THE COURT:  Juror Number 4, Ms. Hurvitz?
13:25:21  14              JUROR HURVITZ:  Yes, Your Honor.
13:25:22  15              THE COURT:  Juror -- pardon me.  Juror Number 5,
13:25:25  16   Ms. Hurvitz.
13:25:26  17              Juror Number 6, Mr. Smith?
13:25:28  18              JUROR SMITH:  Yes, Your Honor.
13:25:29  19              THE COURT:  Juror Number 7, Mr. Rainey.
13:25:32  20              JUROR RAINEY:  Yes, Your Honor.
13:25:33  21              THE COURT:  And Juror Number 8, Ms. Mims-Jones?
13:25:36  22              JUROR MIMS-JONES:  Yes, Your Honor.
13:25:37  23              THE COURT:  All right.  Do the lawyers have any
13:25:40  24   questions or anything they would like me to say to the jury?
13:25:43  25              MR. GROSS:  No, Your Honor.
```

```
13:25:44   1                MR. SANDERS:  No, Your Honor.
13:25:45   2                THE COURT:  All right.  The court receives and
13:25:47   3   accepts your verdict.
13:25:48   4                Now, here's the good news:  I'm releasing you from
13:25:52   5   all of the instructions I've ever given you.  You can ignore
13:25:55   6   everything I've told you up until this point.  You can talk
13:25:58   7   about this case with anybody you want to talk about.  You can
13:26:00   8   go crazy on your electronic devices and find out what's out
13:26:04   9   there that you were concerned about.
13:26:06  10                You do not need to speak to anybody about this case
13:26:11  11   if you don't want to.  It is possible that the lawyers might
13:26:15  12   want to talk to you about it.  If you want to talk to them, you
13:26:18  13   may.  You can talk to anybody, but you don't have to.
13:26:21  14                I will tell you, I was on their side of the bench for
13:26:25  15   28 1/2 years before I came over here.  And I tried cases, and I
13:26:29  16   always found it helpful to speak to the jury and find out what
13:26:33  17   their reaction to the trial and the process was, because it
13:26:38  18   made me a better lawyer in future cases.  So I encourage you to
13:26:42  19   speak to the lawyers if you're comfortable in speaking to the
13:26:46  20   lawyers.  If you're not comfortable, you don't have to.
13:26:48  21                If anyone approaches you and wants to talk to you and
13:26:52  22   you don't want to talk to them, say no.  And if they persist,
13:26:56  23   either let somebody in the clerk's office or my chambers know,
13:26:59  24   and we know how to handle that.
13:27:01  25                But at this time I release you from all of the rules
```

```
13:27:06   1   and restrictions with the thanks of the court.  You've had a
13:27:10   2   long week, but we really appreciate your service.  As I said
13:27:16   3   back on Monday during the voir dire process, this is what makes
13:27:20   4   American democracy and government work.  We're the only country
13:27:24   5   in the world that has their neighbors consistently come down
13:27:28   6   and decide important questions like the questions in this case
13:27:31   7   were.
13:27:31   8              So at this time you're released with the thanks of
13:27:35   9   the court.  Have a tremendously happy holiday season, and thank
13:27:39  10   you so much for your service.
13:27:40  11        (Jury excused)
13:28:10  12              THE COURT:  Well, thank you again, ladies and
13:28:11  13   gentlemen, for a well-tried case.  I've enjoyed being with you
13:28:16  14   for this week.  You're always welcome back down here.  It's
13:28:20  15   gotten a little bit closer to the weather we're used to as the
13:28:24  16   week kind of wore on.  But it's been good being here, and thank
13:28:28  17   you for what you did this week.
13:28:31  18        (End of transcript)
          19
          20
          21
          22
          23
          24
          25
```

**UNITED STATES DISTRICT COURT    )**

**WESTERN DISTRICT OF TEXAS       )**

I, Arlinda Rodriguez, Official Court Reporter, United States District Court, Western District of Texas, do certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

I certify that the transcript fees and format comply with those prescribed by the Court and Judicial Conference of the United States.

WITNESS MY OFFICIAL HAND this the 29th day of December 2022.

/S/ Arlinda Rodriguez
Arlinda Rodriguez, Texas CSR 7753
Expiration Date: 10/31/2023
Official Court Reporter
United States District Court
Austin Division
501 West 5th Street, Suite 4152
Austin, Texas 78701
(512) 391-8791