# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Cat and Dogma, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-cv-01002-DAE |
| Target Corporation | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Cat and Dogma, LLC, having received full satisfaction and payment from defendant Target Corporation, releases the the Final Judgment entered December 27, 2022 (Dkt. No. 158) against Target Corporation.

This action was *(check one)*:

☑ **tried by a jury with Judge** Lee Yeakel presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: 06/13/2023

PHILIP J. DEVLIN
*CLERK OF COURT*

*/s/ Jay Vicha*
*Signature of Clerk or Deputy Clerk*